Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 9 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN MICHAEL FOGLER, <br><br> Defendant. | INDICTMENT 2:24-CR-124-TOR <br><br> Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8) <br> Felon in Possession of a Firearm and Ammunition <br><br> 18 U.S.C. § 924, 28 U.S.C. § 2461(c) <br> Forfeiture Allegations |

The Grand Jury charges:

On or about April 30, 2024, in the Eastern District of Washington, the Defendant, RYAN MICHAEL FOGLER, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Makarov, 9x18mm Makarov, caliber pistol bearing serial number C5974, and Barnaul (Silver Bear) 9x18mm Makarov ammunition, which firearm and ammunition had theretofore been

INDICTMENT - 1

transported in interstate and/ or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 924 (g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, RYAN MICHAEL FOGLER, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including but not limited to:

- a Makarov, 9x18mm Makarov, caliber pistol, bearing serial number C5974; and,

- six (6) rounds of Barnaul (Silver Bear), 9x18mm Makarov ammunition

DATED this 18th day of September, 2024.

*Vanessa Waldref*

Vanessa R. Waldref
United States Attorney

*Earl A. Hicks*

Earl A. Hicks
Assistant United States Attorney

INDICTMENT - 2